UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00278-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID J. LAWLESS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A status conference shall take place on **Friday, February 3, 2012, at 3:00 p.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.

    Dated: January 25, 2012