UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00278-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID J. LAWLESS,

    Defendant.

## **AMENDED** ORDER

THIS MATTER comes before the Court on United States' Amended Motion to Dismiss Counts One and Counts Three Through Seven of the Superseding Indictment and Counts One Through Three of the Original Indictment at Time of Sentencing (ECF Doc. No. 102), filed December 20, 2012. After a review of the motion and the file, it is hereby

ORDERED that United States' Amended Motion to Dismiss Counts One and Counts Three Through Seven of the Superseding Indictment and Counts One Through Three of the Original Indictment at Time of Sentencing (ECF Doc. No. 102), filed December 20, 2012, is **GRANTED.** It is further

ORDERED that Counts One and Three through Seven of the Superseding Indictment and Counts One through Three of the Original Indictment are **DISMISSED.**

Dated: December 21, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE